ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| Walsh Group Ventures | ) | ASBCA No. 61222 |
| | ) | |
| Under Contract No. W912DW-15-C-0002 | ) | |

APPEARANCES FOR THE APPELLANT:    Kate H. Kennedy, Esq.
Traeger Machetanz, Esq.
  Davis Wright Tremaine LLP
  Seattle, WA

Larry W. Caudle, Jr., Esq.
  Kraftson Caudle LLC
  McLean, VA

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
Janis R. Millete, Esq.
Vivienne A. Nguyen, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Seattle

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  April 16, 2021

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61222, Appeal of Walsh Group Ventures, rendered in conformance with the Board's Charter.

Dated:  April 16, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals